## CALDWELL v. BOND'S ADMINISTRATOR.

Court of Common Pleas.   Kent.   December, 1793.

*Bayard's Notebook, 28.*

*Vining* on behalf of the plaintiff offered in evidence his books. in order to set off or repel the account of the intestate.

*Bayard,* on behalf of the defendant, objected to the admission of the books as improper evidence in this action.   He stated that the question upon the issue was whether the defendant had discounts and not whether the plaintiff had any.

McDONOUGH and RODNEY, JJ., were of opinion that the books. were inadmissible.   BASSETT, C. J., declined giving any opinion,. having been counsel in the cause when at the bar.